UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                              :
                                    :
Demar A. Jurado Rivera              :    Case No. 09-13410-SSM
Mirian Del Carmen Lizama            :    Chapter 7
                                    :
        Debtors.                    :

**<u>MOTION TO DISMISS CASE</u>**

RICHARD A. BARTL, Trustee, moves the Court for entry of an Order dismissing this case on the following grounds:  Debtors, Demar A. Jurado Rivera and Mirian Del Carmen Lizama, have failed to provide the information about the timeshare requested by the trustee at the first meeting of creditors on May 28, 2009

Respectfully submitted,

 /s/ RICHARD A. BARTL
RICHARD A. BARTL, TRUSTEE (VSB #04518)
TYLER, BARTL, RAMSDELL & COUNTS, PLC
700 S. Washington St., Suite 216
Alexandria, Virginia  22314
(703) 549-5000

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was mailed postage prepaid July 23, 2009 to:

OFFICE OF THE U. S. TRUSTEE
115 S. UNION STREET, SUITE P210
ALEXANDRIA, VA  22314

Justin Marcus Reiner
Pels, Anderson LLC
4833 Rugby Ave., 4th Floor
Bethesda, MD 20814
COUNSEL FOR DEBTOR

Demar A. Jurado Rivera
Mirian Del Carmen Lizama
3903 Flagstone Terrace
Alexandria, VA 22306

                                /s/ RICHARD A. BARTL
                                RICHARD A. BARTL